















KSR

3:01-CV-1187 JOHNSON V. CTB INC.

*1*

*CMP.*

1  ROBERT S. GERBER, CAL. BAR NO. 137961
   FRANK J. JOHNSON, JR., CAL. BAR NO. 174882
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   501 West Broadway, 19th Floor
4  San Diego, California 92101-3598
   Telephone: (619) 338-6500
5  Facsimile: (619) 234-3815

6  Attorneys for Plaintiff
   DWIGHT N. JOHNSON, as Trustee of
7  The Johnson Family Trust Dated January 5, 2001

8

9                  UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11

12  DWIGHT N. JOHNSON, as Trustee of the )   Case No. '01 CV 1187 - L(JAH)
    Johnson Family Trust dated January 5, )
13  2001,                                )
                                         )   COMPLAINT FOR INFRINGEMENT OF
14                      Plaintiff,       )   U.S. PATENT NO. 6,202,682
                                         )
15         v.                            )
                                         )
16  CTB, INC., an Indiana corporation,   )   DEMAND FOR JURY TRIAL
                                         )
17                      Defendant.       )
                                         )
18                                       )

19

20

21         Plaintiff, Dwight N. Johnson, as Trustee of the Johnson Family Trust dated

22  January 5, 2001 ("Johnson"), for its complaint alleges as follows:

23

24

25

26

27

28

SD:DFJ\PLD\100\51200744.1

1

ORIGINAL

I.

JURISDICTION AND VENUE

1.     This is an action for patent infringement.  This action arises under the Patent Laws, Title 35, United States Code, Section 1 *et seq*.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Defendant CTB, Inc. ("CTB") is subject to personal jurisdiction because it has purposely availed itself of the privilege of doing business in California.

2.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400 because, on information and belief, CTB has done and is doing substantial business in this judicial district and resides in this judicial district.

II.

PARTIES

3.     Plaintiff Dwight N. Johnson is a resident of the County of San Diego, State of California, and is the Trustee of the Johnson Family Trust dated January 5, 2001 (the "Trust").  The situs of the Trust is within this Judicial District.

4.     On information and belief, CTB is a corporation organized and existing under the laws of the State of Indiana and has its principal place of business in Milford, Indiana.

III.

CLAIM FOR RELIEF

(Infringement of U.S. Patent No. 6,202,682)

5.      On March 20, 2001, United States Letters Patent No. 6,202,682, entitled "PRESSURE REGULATOR WITH SELECTOR CONTROL," was duly and legally issued to Dwight N. Johnson, for an invention of an improved pressure regulator for supplying water to a poultry watering system or the like (hereafter "the '682 Patent").  A true and correct copy of the '682 Patent is attached hereto as Exhibit A.

6.      At all times relevant herein, the '682 Patent was in full force and effect, and the Trust is the owner by assignment of the entire right, title and interest in and to the '682 Patent, including the right to sue for past infringements.

7.      On information and belief, CTB has infringed the '682 Patent within the last six years past, by making, offering for sale, selling, or using, in this country, pressure regulators embodying the patented invention without the authorization of Johnson or the Trust, and CTB will continue to do so unless enjoined by this Court.

8.      Johnson has given written notice to CTB of its said infringement.

9.      As a result of the infringement by CTB, the Trust is entitled to an award of damages adequate to compensate for the infringement, but in no event less than a reasonable royalty, for the use made of the invention by CTB.

10.     On information and belief, CTB lacks any good faith or reasonable belief that its activities have not constituted infringement of the '682 Patent, and its infringement has been willful, wanton and deliberate.

1    11.    CTB has deprived the Trust of its exclusive rights to the patented

2  invention, and CTB will continue to do so unless enjoined by this Court.

3

4    WHEREFORE, plaintiff Johnson prays for judgment against CTB as follows:

5

6    1.    For a judgment that CTB has infringed U.S. Patent No. 6,202,682;

7

8    2.    That injunctions, preliminary and permanent, be issued out of this Court

9  restraining CTB, its officers, agents, servants, directors, and employees, and all persons in

10  active concert or participation with it, from directly or indirectly making or causing to be

11  made, offering or causing to be offered for sale, selling or causing to be sold, or using or

12  causing to be used, pressure regulators covered by one or more claims of U.S. Patent No.

13  6,202,682, or otherwise directly infringing, contributorily infringing, or inducing

14  infringement of said Patent;

15

16    3.    That the Trust be awarded damages adequate to compensate it for the

17  wrongful infringing acts by CTB in accordance with 35 U.S.C. § 284;

18

19    4.    That the infringement damages awarded to the Trust be increased up to

20  three times in view of CTB's willful infringement;

21

22    5.    For an award to the Trust of its reasonable attorneys' fees and expenses

23  incurred in connection with this action;

24

25    6.    For an assessment of interest and costs against CTB; and

26

27

28

1          7.      For such other and further relief as this Court deems just and proper.

2

3   Dated: ~~June~~ July 2, 2001

4                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5

6                              By

7                                          ROBERT S. GERBER
                                           FRANK J. JOHNSON, JR.

8                                          Attorneys for Plaintiff
                                           DWIGHT N. JOHNSON,
9                                          as Trustee of the Johnson Family Trust
                                           dated January 5, 2001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>DEMAND FOR JURY TRIAL</u>

2

3          Pursuant to Federal Rule of Civil Procedure 38(b), plaintiff Johnson hereby

4   demands a jury trial on all issues in this case that are properly subject to a jury trial.

5

6   Dated: ~~June~~ July 2, 2001

7                                          Respectfully submitted,

8                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10                                    By   _____

11                                              ROBERT S. GERBER
                                               FRANK N. JOHNSON, JR.

12                                         Attorneys for Plaintiff
                                           DWIGHT N. JOHNSON,
13                                    as Trustee of the Johnson Family Trust
                                            dated January 5, 2001

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US006202682B1

(12) **United States Patent**  (10) Patent No.: **US 6,202,682 B1**

Johnson  (45) Date of Patent: **Mar. 20, 2001**

(54) **PRESSURE REGULATOR WITH SELECTOR CONTROL**

(76) Inventor: **Dwight N. Johnson**, 6327 Chorlito Dr., Carlsbad, CA (US) 92008

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/225,104**

(22) Filed: **Jan. 4, 1999**

(51) Int. Cl.$^7$ ............................ **G05D 16/00; F16K 31/145**

(52) U.S. Cl. .................... **137/495; 137/505; 137/505.44; 251/85**

(58) Field of Search ...................... 137/505, 495, 137/505.44, 505.46, 505.38, 505.41, 510, 906; 251/85

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,773,604 | * | 8/1930 | Scovel et al. ................. | 137/505.45 |
| 2,198,070 | * | 4/1940 | Wile . | |
| 2,261,364 | * | 11/1941 | Grove ............................. | 137/906 X |
| 3,117,591 | * | 1/1964 | Schutmaat ..................... | 251/85 |
| 4,481,971 | | 11/1984 | Farrell et al. . | |

| | | | | |
|---|---|---|---|---|
| 5,275,203 | * | 1/1994 | Robinson ...................... | 137/510 |
| 5,771,921 | | 6/1998 | Johnson ....................... | 137/505 |

* cited by examiner

*Primary Examiner*—Stephen M. Hepperle

(74) *Attorney, Agent, or Firm*—Mason, Kolehmainen, Rathburn & Wyss; Philip M. Kolehmainen

(57) **ABSTRACT**

A pressure regulator for supplying water to a poultry watering system or the like includes a control assembly for operating the pressure regulator in a normal or "on" mode, an off mode or a flush or bypass mode. A desired operating pressure is set by loading a diaphragm responsive to output pressure changes. Diaphragm movement is transferred by the control system to a valve member cooperating with an inlet orifice. The control system includes a spring captured in a preloaded state between first and second end members, one connected to the valve member and the other connected to the diaphragm. A knob is rotated from a normal "on" position to an off position and a collar pushes the end members together and pushes the valve member against the orifice. The knob is rotated to a flush or bypass position and the collar pulls the end members together and pulls the valve member away from the orifice. The inlet orifice and an inlet port are parts of a removeably mounted inlet member.

**11 Claims, 5 Drawing Sheets**







FIG.3



FIG. 4

Case 3:01-cv-01187-L-JAH   Document 1   Filed 07/02/01   Page 13 of 20



FIG.6

FIG.5

FIG.7

FIG.8



1

# PRESSURE REGULATOR WITH SELECTOR CONTROL

## FIELD OF THE INVENTION

The present invention relates to pressure regulators for water drinking systems and the like, and more particularly to an improved pressure regulator having a selector control for operating the regulator in different modes of operation.

## DESCRIPTION OF THE PRIOR ART

A pressure regulator may be used for regulating the supply of drinking water to cup or nipple drinkers of a poultry watering system. A pressure regulator for this application is required to reduce inlet water pressures in the range of three to sixty pounds per square inch (psi) to a low water column (wc) pressure of four to twenty-one inches of water. A typical regulator includes a flexible diaphragm exposed to output pressure in a pressure chamber into which water is admitted by a valve member cooperating with an inlet orifice. Output pressure changes cause diaphragm movement which is transferred to movement of the valve member for maintaining a selected output pressure.

A pressure regulator for poultry watering systems is preferably able to operate in different modes of operation. In the normal or "on" mode, the regulator reduces inlet pressure to maintain a selected low water column pressure for supplying drinker cups or nipples in the system. In an off mode, flow of water through the regulator is prevented in order to terminate operation of the system. In a flush or bypass mode, water flows through the regulator continuously at an increased pressure to flush out contaminated or stale water or water containing residual medications or nutrients. Known regulators have not provided simple and reliable controls for selecting normal, off and flush modes of operation. It has been a long standing problem to provide a simple, reliable pressure regulator with a single control system for selecting and controlling normal, off and flush operating modes with few parts and minimum complexity

U.S. Pat. No. 5,771,921 discloses a pressure regulator for poultry watering systems. The regulator disclosed in that patent includes an adjustment knob that can be moved within a range of normal or on positions to set a desired outlet pressure by varying the compression of a reference spring and, as a result, the force applied to the diaphragm of the regulator. In addition the adjustment knob can be rotated to an off position to take the regulator off line. The off position in this regulator removes loading force from the diaphragm of the regulator so that a separate return spring prevents flow through the regulator. To achieve a flush mode of operation, a separate override control is operated to relieve pressure in an outlet chamber to cause increased flow through the regulator.

## SUMMARY OF THE INVENTION

A principal object of the present invention is to provide an improved pressure regulator including a simple and reliable control system for selecting different modes of operation; to provide a pressure regulator in which movement of a single knob to different positions selects a normal, off or flush mode of operation; to provide a pressure regulator including a novel control system for operating in normal, off and flush modes; and for preventing valve damage in the event of abnormally high system back pressure; to provide a pressure regulator in which an inlet section is easily removable, thus providing the capability of quickly changing the flow char-

2

acteristics of the regulator; to provide a pressure regulator in which various modes of operation are selected and controlled by an easily manufactured and assembled control assembly having few parts; and to provide a pressure regulator overcoming problems and providing an improvement over pressure regulators used in the past.

In brief, in accordance with the invention there is provided a pressure regulator having an inlet orifice exposed to a range of inlet pressures and a valve member movable relative to the orifice to control flow through the orifice. A pressure responsive member moves in response to reduced pressure downstream from the orifice and a control system translates movement of the pressure responsive member to the valve member and selects operating modes of the pressure regulator. The control system includes first and second interfacing end members and a spring captured in compression between the end members. The valve member is connected to the first end member and the pressure responsive member is connected to the second end member. A retainer is connected to the first end member and the assembly is slidable relative to the second end member, with the retainer extending from the first end member beyond the second end member. The retainer includes a reaction portion normally abutting the second end member to limit the distance between the first and second end members and preload the spring in compression providing a preload force greater than the force required to close the valve member against the orifice throughout a range of inlet pressures. An operating mode selector is movable to normal, off and flush positions. The selector in the off position contacts the second end member and pushes it to overtravel toward the first end member in order to compress the spring beyond the preload and hold the valve member forcibly against the orifice. The selector in the flush position contacts the reaction portion of the retainer and pulls the first end member toward the second end member to overtravel toward the second end member in order to compress the spring beyond the preload and hold the valve member away from the orifice. The selector in the normal position is spaced from the reaction portion of the retainer and from the second end member, permitting the end members and preloaded spring assembly to move the valve member in response to movement of the pressure responsive member.

## BRIEF DESCRIPTION OF THE DRAWING

The present invention together with the above and other objects and advantages may best be understood from the following detailed description of the preferred embodiments of the invention illustrated in the drawings, wherein:

FIG. 1 is an isometric view of a pressure regulator constructed in accordance with the present invention;

FIG. 2 is an enlarged cross sectional view of the pressure regulator of FIG. 1 taken along the line 2—2 of FIG. 1 and illustrating the pressure regulator in the normal or "on" operating mode;

FIG. 3 is a view like FIG. 2 illustrating the pressure regulator in an off mode;

FIG. 4 is a view like FIG. 2 illustrating the pressure regulator in a flush operating mode;

FIG. 5 is an exploded isometric view of components of the regulator of FIGS. 1–4;

FIG. 6 is an exploded isometric view of components of the control system of the pressure regulator of FIGS. 1–4

FIG. 7 is a fragmentary top view of the pressure regulator;

FIG. 8 is cross sectional view taken along the line 8—8 of FIG. 2;

3

FIG. 9 is an exploded isometric view of the upper body and inlet member of the pressure regulator prior to assembly;

FIG. 10 is a partly sectioned top isometric view of the assembled inlet section and upper body; and

FIG. 11 is a fragmentary cross sectional view similar to a portion of FIG. 2 illustrating an alternative embodiment of the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Having reference now to the drawings and initially to FIGS. 1–10, there is illustrated a pressure regulator generally designated as 12 and constructed in accordance with the principles of the present invention. The pressure regulator 12 may be used to supply water to a poultry watering system, and includes upper and lower body portions 14 and 16 joined by fasteners 18. The periphery of a flexible diaphragm 20 is captured between the upper and lower body portions 14 and 16 and divides the interior of the pressure regulator 12 into an upper, outlet chamber 22 and a lower, loading chamber 24.

Water under pressure, for example in the range of from 3 to 60 psi, is supplied through an inlet port 26, and reduced output pressure water, for example in the range of 4 to 21 inches wc, is delivered through an outlet port 28. A pressure sensing port 29 may be used for sensing outlet pressure. A pressure reducing valve assembly including an inlet orifice 30 and a movable valve member 32 controls flow from the inlet port 26 into the outlet chamber 22. The diaphragm 20 is exposed to output pressure in the outlet chamber 22. A control assembly 34 is operated by a knob 36 to selectively operate the pressure regulator in a normal "on" mode, or in an off mode to prevent flow from the outlet port 28, or in a flush or bypass mode in which water at an increased output pressure is supplied to cleanse the system supplied by the pressure regulator 12.

In the normal or "on" mode (FIG. 2), the control assembly 34 transmits pressure responsive movement of the diaphragm 20 to the valve member 32 in order to maintain a desired set output pressure. In the off mode (FIG. 3) the control assembly 34 holds the valve member 32 against the inlet orifice 30 to prevent flow through the pressure regulator 12. In the flush mode (FIG. 4) the control assembly 34 holds the valve member 32 away from the inlet orifice despite increased output pressure to permit a bypass or flush flow through the pressure regulator 12.

The central portion of the diaphragm 20 is captured between lower and upper support disks 38 and 40. The upper and lower body portions 14 and 16 are shaped to limit diaphragm movement and to support the portion of the diaphragm radially outside of the disks 38 and 40 to prevent damage to the diaphragm resulting from large pressure differentials across the diaphragm (FIG. 4)

The pressure regulator 12 is set to provide a desired output pressure by varying a loading force developed in the loading chamber 24 and applied to the underside of the diaphragm 20. In the embodiment of FIGS. 1–10, the loading force is supplied by a non adjustable reference spring 42 supplemented by fluid or air pressure introduced into the loading chamber 24 through a reference pressure port 44. The spring 42 is captured in compression between a boss 46 of the lower body portion 16 and the lower diaphragm support disk 38. The spring 42 is selected to apply sufficient force to cause the pressure regulator 12 to supply output pressure at a minimum value of, for example, 4 inches wc, even if no

4

air pressure is present. Reference air pressure introduced through the port 44 adjusts the operating set point to values higher than the minimum value by increasing the upward force applied to the diaphragm 20. Reference may be had to co-pending U.S. patent application Ser. No. 09/130,217, filed on Aug. 6, 1998, now U.S. Pat. No. 5,967,167, incorporated herein by reference, for a further description of a remote controlled drinker system in which air pressure is supplied to a pressure regulator to set the output pressure operating point.

FIG. 11 illustrates an alternate embodiment of the invention wherein a variable spring force rather than fluid pressure variation is used to set the output pressure of the pressure regulator, there designated generally as 46. The regulator 46, otherwise similar to the regulator 12 of FIGS. 1–10, includes a loading spring 50 captured in compression between the lower diaphragm support disk 38 and an axially movable spring support 52 held against rotation by a spline connection to a support collar 54. A non rising adjustment knob 56 is rotated to rotate a screw 58 threaded into the spring support 52. Rotation of the knob 56 and screw 58 results in axial movement of the loading spring 52, varying the compression of the loading spring 50, the loading force applied by the spring 50 to the diaphragm 20, and the output pressure set point of the pressure regulator 48.

The control assembly 34 includes a spring 60 captured between first (lower) and second (upper) end members 62 and 64. The lower end member 62 includes a retainer in the form of an axial, upwardly extending shank 66 slideably extending through a central opening in the upper end member 64. The shank terminates in an enlarged head or reaction member 68 held in place by a fastener 70. The lower end of the head 68 normally contacts the upper end member 64 and limits the distance between the end members 62 and 64. In this normal condition, the spring 60 is preloaded and compressed between the end members 62 and 64.

The upper diaphragm support disk 40 includes an upstanding, axially extending cage portion 72 that moves up and down together with the diaphragm 20 in response to changes in the output pressure within the outlet chamber 22. A rim 74 at the top of the cage portion 72 overlies and normally engages a flange 76 extending outward from the upper end member 64. The upper disk 40 therefore serves as a movable pressure responsive member normally connected to the upper end member 64. The valve member 32 is a flexible and resilient cup of rubber or the like that is retained on the bottom of the lower end member, aligned with the inlet orifice 30.

When the valve member 32 engages the inlet orifice to choke off flow of water into the outlet chamber, the valve member 32 is subjected to a force resulting from the inlet pressure. The preload force of the spring 60 may be, for example, six pounds, and is substantially more than the force resulting from inlet pressure. Thus, in normal or "on" operation of the pressure regulator 12 as seen in FIG. 2, the end members 62 and 64 and the preloaded spring 60 move as a unit, transferring movement of the diaphragm 20 to the valve member 32. Output pressure increases result in downward motion of the valve member 32, reducing flow through the orifice 30. Conversely, output pressure decreases result in upward motion of the valve member 32, increasing flow through the orifice 30. A constant output pressure is maintained in the outlet chamber 22 equal to the desired pressure set by the loading force applied to the diaphragm in the loading chamber 24.

In the event of high downstream pressures, the pressure in the outlet chamber 22 rises, forcing the diaphragm 20

5

downwardly. As a result the control assembly 34 forces the
valve member 32 against the orifice 30. The preloaded
spring 60 compresses as a result of large valve closing
forces, for example in excess of six pounds, to prevent the
application of possibly damaging forces to the valve mem-
ber 32. Also, in this high back pressure condition, downward
movement of the lower disk 38 is limited by contact with the
lower body portion 16, and the lower body portion 16 is
shaped to support the diaphragm in a manner similar to that
illustrated in FIG. 4

Control assembly 34 is operated by the knob 36 to place
the pressure regulator 12 in an off mode of operation in
which no water flows from the outlet port 28. The off mode
can be used for example to terminate operation of a poultry
watering system supplied by the pressure regulator 12. The
knob 36 includes a pointer 78 (FIG. 7) cooperating with
indicia 80 indicating the operating mode of the pressure
regulator 12. The knob 36 is rotated nearly one hundred
eighty degrees in the clockwise direction from the on
position of FIG. 7 to the off position to place the pressure
regulator 12 in the off mode illustrated in FIG. 3.

Knob 36 includes an internal shank 82 having axially
extending grooves 84 receiving splines 86 within a collar 88.
The collar 88 is received in a neck portion 90 of the upper
body portion 14. A single segmented thread 92 is formed in
the neck portion 90 and extends slightly less than three
hundred sixty degrees around the neck portion 90. The collar
88 is provided with mating threads 94. As a result, when the
knob 36 is rotated from the on to the off position, the collar
88 is rotated by engagement of the splines 86 and the
grooves 84, and the engagement of threads 94 and 92 causes
the collar 88 to move downward from the position of FIG.
2 to the position of FIG. 3. The lower end of the collar 88
engages the upper end member 64 and forces it down. The
valve member 32 is forced against the inlet orifice 30,
preventing all flow of water into the outlet chamber 22. The
spring 60 is compressed, proving for overtravel of the upper
end member 64 while preventing the application of possibly
damaging large forces to the valve member 32.

Referring again to FIG. 2, it can be seen that in the normal
or "on" operating mode of the pressure regulator 12, the
collar 88 does not interfere with normal operation of the
control system 34. Throughout the normal range of move-
ment of the components, the lower end of the collar 88 is
below a flange at the upper end of the reaction member 68
and is above the upper end member 64.

Control assembly 34 is also operated by the knob 36 to
place the pressure regulator 12 in a flush or bypass mode of
operation in which water flows from the outlet port 28 at an
increased outlet pressure. The flush mode is useful in
cleansing a poultry drinking system supplied by the pressure
regulator 12 by flushing contaminants and residual materials
from the system. The knob 36 with pointer 78 (FIG. 7) is
rotated in the counter clockwise direction nearly one hun-
dred eighty degrees from the on position of FIG. 7 to the
flush position to place the pressure regulator 12 in the flush
mode illustrated in FIG. 4.

When the knob 36 is rotated, the collar 88 is rotated by
engagement of the grooves 84 and the splines 86, and the
engagement of threads 94 and 92 causes the collar 88 to
move upward from the position of FIG. 2 to the position of
FIG. 4. The flange at the upper end of the reaction member
68 is captured in the lower end of the collar 88, and the collar
88 pulls the reaction member 68 and the lower end member
62 upward to lift the valve member 32 well away from the
inlet orifice 30, permitting a large volume flow of flush water

6

through the outlet chamber 22. The relatively high output
pressure in the chamber 22 moves the diaphragm 20
downward, with downward movement limited by engage-
ment of the lower support disk 38 against the lower body 16
and with the lower body 16 supporting the diaphragm 20.
The spring 60 is compressed, providing for overtravel of the
upper end member 64 relative to the lower end member 62

The end members 62 and 64 together with the preloaded
spring 60 function as what can be termed an overtravel
cartridge. In normal "on" operation the spring preload
exceeds forces to which the cartridge is subjected and the
parts move as a unit. In the off and flush operating modes,
and also in the event of high back pressures during normal
operation, the spring 60 permits the end members 62 and 64
to overtravel. This overtravel cartridge effect permits the
simple arrangement of parts to achieve different operating
modes, while also preventing possible damage to the valve
member 32 or orifice 30 due to overloading.

As seen in FIGS. 9 and 10, the inlet port 26 and the inlet
orifice 30 are parts of an inlet member 98 that is removeably
mounted on the upper body portion 14. An inlet passage 96
extends from the port 26 to the orifice 30. An advantage of
this arrangement is that the inlet member 96 may be replaced
in order to tailor the pressure regulator 12 to a specific
poultry watering system. For example a larger orifice 30
may be used for relatively low inlet pressures and a smaller
orifice 30 may be used for higher inlet pressures without
removing or disassembling or replacing the entire pressure
regulator 12. In addition the inlet member 96 can be
removed to permit access to the valve member 32 for
replacement.

The inlet member 98 is accurately located when mounted
upon the upper body portion 14 so that the orifice is correctly
positoned and oriented relative to the valve member 32. The
body portion 14 includes a flat, planar mounting pad 100
surrounding a mounting opening 102. A positioning tab 104
is located at the bottom of the pad surface 100. The inlet
member 96 includes a plate portion 106 with a positioning
notch 108. As indicated in FIG. 9, the inlet member slides
into the opening 102 with the orifice 30 entering the outlet
chamber 22. The inlet member 96 is rotated from the
orientation seen in FIG. 9 until the plate 106 interfaces with
the pad 100 and the tab 104 mates with the notch 108 to
assure that the orifice 30 is directed upwardly toward the
valve member 32.

A cap 110 retains the inlet member in place. The cap 110
is installed over the neck portion 90 of the upper body
portion 14 and is held in place by a fastener 112 received in
a boss 114 on the upper housing portion 14. The cap 110
includes internal protrusions 116 that engage the top of the
plate 106 to press the inlet member 96 downward and define
the vertical position of the orifice 30. Flanges 118 within the
cap 110 engage the rear of ribs along the sides of the of the
plate portion 106 to sandwich the plate portion in place. The
cap 110 also holds the knob 36 in place.

While the present invention has been described with
reference to the details of the embodiments of the invention
shown in the drawing, these details are not intended to limit
the scope of the invention as claimed in the appended
claims.

What is claimed is:

1. A pressure regulator for providing a reduced output
pressure from an elevated fluid supply pressure, said pres-
sure regulator comprising:

   a body having an inlet adapted to be connected to the fluid
     supply pressure, an outlet chamber and an outlet com-
     municating with said outlet chamber;

7

a valve orifice separating said inlet and outlet chamber;

a valve member in said outlet chamber movable relative to said valve orifice for controlling flow through said valve orifice from said inlet to said outlet; and

a pressure responsive member in said outlet chamber movable in response to output pressure variations;

said pressure regulator being characterized by:

an overtravel cartridge connected between said pressure responsive member and said valve member for moving said valve member toward said valve orifice in response to an increase in output pressure;

said overtravel cartridge including first and second relatively movable, spaced apart end members and a spring captured between said end members;

said valve member being connected to said first end member and said pressure responsive member being coupled to said second end member;

said end members being interlocked to compress said spring with a preload force greater than required to hold said valve member against said valve orifice in opposition to fluid supply pressure; and

a selector assembly movable between a normal position and a flush position, said selector assembly including an actuator spaced from said end members in said normal position and said actuator engaging said first end member and further compressing said spring to move said valve member away from said valve orifice in said flush position.

2. The pressure regulator of claim 1, said selector assembly being movable to an off position and said actuator engaging said second end member and further compressing said spring to move said valve member firmly against said valve orifice in said off position.

3. The pressure regulator of claim 1, said spring further compressing to permit said second end member to overtravel toward said first end member in response to high output pressure.

4. The pressure regulator of claim 1, said pressure responsive member comprising a flexible diaphragm.

5. The pressure regulator of claim 1, said selector assembly including a rotatable knob coupled to said actuator, said body and said actuator including mating threads.

6. The pressure regulator of claim 1, said body including a removable inlet section defining said inlet and said valve orifice.

7. A method for controlling a pressure regulator having a valving orifice, a valve member movable relative to the orifice and a movable member responsive to output pressure, said method comprising the steps of:

transmitting movement of the pressure responsive member to the valve member during normal operation through an overtravel cartridge having a first end member connected to the valve member, a second end member connected to the movable member and a spring compressed in preload between the first and second end members;

selecting a flush condition by forcing the valve member away from the orifice with sufficient force to further compress the spring; and

selecting an off condition by forcing the overtravel cartridge toward the orifice with sufficient force to further compress the spring.

8

8. A method as claimed in claim 7 wherein said step of selecting a flush condition includes pulling the first end member away from the orifice.

9. A method as claimed in claim 7 wherein said step of selecting an off condition includes pushing the second end member toward the orifice.

10. A pressure regulator comprising:

an inlet orifice exposed to a range of inlet pressures;

a valve member movable relative to said orifice to control flow through said orifice;

a pressure responsive member movable in response to reduced pressure downstream form said orifice; and

a control system for translating movement of said pressure responsive member to said valve member and for selecting operating modes of the pressure regulator;

said control system including first and second interfacing end members;

a spring captured in compression between said end members;

said valve member being connected to said first end member and said pressure responsive member being connected to said second end member;

a retainer connected to said first end member and slidable relative to said second end member, said retainer extending from said first end member beyond said second end member;

said retainer including a reaction portion normally abutting said second end member to limit the distance between said first and second end members and preload said spring with a compression providing a preload force greater than the force required to close said valve member against said orifice throughout a range of inlet pressures;

an operating mode selector movable to normal, off and flush positions;

said selector in said off position contacting said second end member and pushing it to overtravel toward said first end member in order to compress said spring beyond said preload and hold said valve member forcibly against said orifice;

said selector in said flush position contacting said reaction portion of said retainer and pulling said first end member toward said second end member to overtravel toward said second end member in order to compress said spring beyond said preload and hold said valve member away from said orifice;

said selector in said normal position being spaced from said reaction portion of said retainer and from said second end member permitting said end members and preloaded spring to move said valve member in response to movement of said pressure responsive member.

11. The pressure regulator of claim 10, said selector comprising a collar mounted for axial motion relative to said second end cap and said retainer, and a knob rotatable to normal, off and flush positions, and a thread system for translating rotation of said knob to axial motion of said collar.

*   *   *   *   *

# CIVIL COVER SHEET

(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS

DWIGHT N. JOHNSON, as Trustee of the Johnson Family Trust dated January 5, 2001

## DEFENDANTS

CTB, INC., an Indiana corporation

01 JUL -2 PM 3:52

01 CV 1187 - (L) (JAH)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway
19th Floor
San Diego, California  92101
(619) 338-6500

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR
(For Diversity Cases Only)    PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)  This lawsuit is for patent infringement
arising under 35 U.S.C. Sections 1, et seq.   28:1338pt

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Medical Malpractice | ☐ 625 Drug Related | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | Seizure of | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 650 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 850 Securities/Commodities/ |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | Exchange |
| of Veteran's Benefits | Liability | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor | ☐ 863 DIWC/DIWW | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | Product Liability | ☐ 385 Property Damage | Standards Act | (405(g)) | ☐ 892 Economic Stabilization |
| | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate | Reporting & | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | Disclosure Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | or Defendant) | Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | Determination Under |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | Equal Access to Justice |
| | | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of |
| | | ☐ 555 Prison Conditions | | | State Statutes |
| | | | | | ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removal from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ per proof

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____    Docket Number _____

DATE
July 2, 2001

SIGNATURE OF ATTORNEY OF RECORD
_[signature]_

Robert S. Gerber

::ODMA\PCDOCS\WORDPERFECT\228161 January 24, 2000 (3:10pm)

CB $150 72740 07/02/01

AO 120 (3/85)

| TO: | REPORT ON THE |
| Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>01CV1187L(JAH) | DATE FILED<br>07/02/01 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
| PLAINTIFF<br>JOHNSON | | DEFENDANT<br>CTB INC. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
| --- | --- | --- |
| 1  6,202,682 B1 | 3/20/01 | DWIGHT N. JOHNSON |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
| PATENT NO. | DATE OF PATENT | PATENTEE |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
| --- |
| |

| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy